IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BALJEET SINGH,** | : | CIVIL ACTION NO. 1:05-CV-1846 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ALBERTO GONZALES, et al.,** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 3rd day of January, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1), in which petitioner seeks release from indefinite detention in accordance with Zadvydas v. Davis, 533 U.S. 678 (2001), while awaiting removal to his native country of India, and it appearing that petitioner was removed from the United States to India on or about December 19, 2005,[1] thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant

---

[1] In an effort to ascertain the custodial status of petitioner, the court contacted immigration officials at York County Prison, who informed the court that petitioner was removed to India on December 19, 2005.

the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.


      /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge